| | |
|---|---|
| 1 | E. MARTIN ESTRADA |
| | United States Attorney |
| 2 | DAVID M. HARRIS |
| 3 | Assistant United States Attorney |
| | Chief, Civil Division |
| 4 | CEDINA M. KIM |
| 5 | Assistant United States Attorney |
| | Senior Trial Attorney, Civil Division    JS-6 |
| 6 | JENNIFER LEE TARN, CSBN 240609 |
| 7 | Special Assistant United States Attorney |
| 8 |     Office of the General Counsel |
| |     Office of Program Litigation |
| 9 |     Social Security Administration |
| 10 |     6401 Security Boulevard |
| |     Baltimore, MD 21235 |
| 11 |     Telephone: (510) 970-4861 |
| 12 |     Facsimile: (415) 744-0134 |
| |     Email: Jennifer.Tarn@ssa.gov |
| 13 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| KEVIN WAYNE PLEASANT, | ) | |
|     Plaintiff, | ) | Case No.: 5:22-cv-02127-MRW |
| | ) | |
|     vs. | ) | [~~PROPOSED~~] **JUDGMENT** |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

-1-

1 | The Court having approved the parties' stipulation to remand this case
2 | pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3 | with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
4 | entered for Plaintiff.

DATED: 4/21/23

HONORABLE JUDGE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE